# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYLESS CAR RENTAL SYSTEM, INC., <br><br> Defendant. | Case No.   CV 12-04394 PSG (JEMx) <br><br> **[PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION** |
| PAYLESS CAR RENTAL SYSTEM, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> PI-NET INTERNATIONAL, INC., <br> Counter-Defendant. | Courtroom:      880- 8th Floor <br> Judge:              Philip S. Gutierrez <br> Magistrate Judge:    John E. McDermott <br> Complaint Filed:    May 21, 2012 |

**IT IS HEREBY ORDERED,** good cause appearing, that terms of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information as agreed upon by the Parties in the above-consolidated action meets with the approval of the Court and that the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information is **GRANTED.**

DATED:
January 17. 2013      */s/ John E. McDermott*
                      HON. JOHN E. MCDERMOTT
                      UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA

DCACTIVE-22032657.1