Kathleen Balderrama (SBN 222022)
  kbalderrama@crowell.com
CROWELL & MORING LLP
515 S. Flower St., 40th Floor
Los Angeles, CA 90071-2258
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Terence P. Ross (admitted pro hac vice)
  tross@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant and Counterclaim-Plaintiff
PAYLESS CAR RENTAL SYSTEM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>PAYLESS CAR RENTAL SYSTEM, INC.,<br><br>      Defendant.<br><br>PAYLESS CAR RENTAL SYSTEM, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>      v.<br><br>PI-NET INTERNATIONAL, INC.,<br><br>      Counterclaim-Defendant. | Case No. CV12-04394 PSG (JEMx)<br><br>**PAYLESS CAR RENTAL SYSTEM, INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE STAY OF PROCEEDINGS**<br><br>Judge: Hon. Philip S. Gutierrez |

PAYLESS CAR RENTAL SYSTEM'S RESPONSE TO
ORDER TO SHOW CAUSE RE STAY OF PROCEEDINGS; Case No. CV12-04394 PSG (JEMx)

On June 5, 2013, the Court entered an Order to Show Cause why this case should not be stayed pending the conclusion of the *inter partes* review of the patents-in-suit by the Patent and Trade Office. (Dkt. No. 35). Defendant and Counterclaim-Plaintiff Payless Car Rental System, Inc. ("Payless") takes no position on whether a stay should be entered in this case. Payless neither requests nor opposes the imposition of any stay of this litigation.

Dated: June 26, 2013

Respectfully Submitted,

CROWELL & MORING LLP

By: /s/ Kathleen Balderrama
　　Terence P. Ross
　　Kathleen Balderrama

Attorneys for Defendant and Counterclaim-Plaintiff
**PAYLESS CAR RENTAL SYSTEM, INC.**